IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Claveria Sr, Roberto H

Printed: 8/26/08

Case Number: 05 B 36837
Judge: Hollis, Pamela S

Filed: 9/12/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: July 3, 2008
Confirmed: November 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 54,759.00 |  |
| Secured: |  | 22,775.56 |
| Unsecured: |  | 23,675.52 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,700.00 |
| Trustee Fee: |  | 2,718.48 |
| Other Funds: |  | 3,889.44 |
| Totals: | 54,759.00 | 54,759.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,700.00 | 1,700.00 |
| 2. | Union Bank | Secured | 0.00 | 0.00 |
| 3. | Citibank | Secured | 0.00 | 0.00 |
| 4. | Citibank | Secured | 12,050.56 | 12,050.56 |
| 5. | Winhood Credit Union | Secured | 10,725.00 | 10,725.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 2,012.38 | 3,593.53 |
| 7. | SMC Collections | Unsecured | 454.62 | 811.82 |
| 8. | ECast Settlement Corp | Unsecured | 801.59 | 1,431.41 |
| 9. | ECast Settlement Corp | Unsecured | 397.83 | 710.41 |
| 10. | ECast Settlement Corp | Unsecured | 455.59 | 813.55 |
| 11. | Discover Financial Services | Unsecured | 4,920.82 | 8,787.17 |
| 12. | ECast Settlement Corp | Unsecured | 370.96 | 662.42 |
| 13. | Resurgent Capital Services | Unsecured | 480.29 | 857.66 |
| 14. | ECast Settlement Corp | Unsecured | 528.46 | 943.68 |
| 15. | ECast Settlement Corp | Unsecured | 281.47 | 502.62 |
| 16. | ECast Settlement Corp | Unsecured | 628.15 | 1,121.69 |
| 17. | Resurgent Capital Services | Unsecured | 605.15 | 1,080.62 |
| 18. | Resurgent Capital Services | Unsecured | 1,321.01 | 2,358.94 |
| 19. | AT&T | Unsecured |  | No Claim Filed |
| 20. | Associated Bank | Unsecured |  | No Claim Filed |
| 21. | Bank Of America | Unsecured |  | No Claim Filed |
| 22. | Home Depot | Unsecured |  | No Claim Filed |
| 23. | Orchard Bank | Unsecured |  | No Claim Filed |
| 24. | MBNA America | Unsecured |  | No Claim Filed |
| 25. | Radio Shack | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Claveria Sr, Roberto H | Case Number: 05 B 36837 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 8/26/08 | Filed: 9/12/05 |

| | | | |
|---|---|---|---|
| 26. Kohl's/Kohl's Dept Stores | Unsecured | | No Claim Filed |
| 27. Wal Mart Stores | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 37,733.88 | $ 48,151.08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 748.43 |
| 5% | 226.81 |
| 4.8% | 435.42 |
| 5.4% | 1,126.96 |
| 6.5% | 180.86 |
| | _____ |
| | $ 2,718.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____